UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
H.A. et al.,                                               :
                                     Plaintiff.            :
                                                           :        21 Civ. 4389 (LGS)
                        -against-                          :
                                                           :              ORDER
NEW YORK CITY DEPARTMENT OF                                :
EDUCATION et al.,                                          :
                                     Defendants.    X
-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Case Management Plan and Scheduling Order dated August 24, 2021, fact discovery is scheduled to close on January 11, 2022 (Dkt. No. 23).

      WHEREAS, on January 10, 2022, the parties filed a request to stay discovery, or in the alternative, extend discovery for ninety days.

      WHEREAS, the parties' application for an extension is untimely per the Case Management Plan and Scheduling Order, and does not comply with the Court's Individual Rules. It is hereby

      **ORDERED** that in support of their application, by **January 18, 2022**, the parties shall jointly file a proposed schedule outlining interim steps to be taken during the stay, including the production of documents pertinent to settlement, and any other steps to be taken during the proposed stay period.  The proposed schedule should illustrate why ninety days are necessary if the parties proceed diligently.

Dated: January 11, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE