UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H.A. et al.,

                    Plaintiff.

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

                    Defendants.
------------------------------------------------------------X

21 Civ. 4389 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Case Management Plan and Scheduling Order dated August 24, 2021 (Dkt. No. 23), a pre-motion conference is scheduled for March 20, 2022.

WHEREAS, by Order dated February 3, 2022, discovery was partially stayed in this action.  It is hereby

**ORDERED** that the pre-motion conference scheduled for March 20, 2022, is **adjourned sine die**.

Dated: March 18, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE